UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MCKESSON SPECIALTY CARE
DISTRIBUTION, LLC,

    Plaintiff,

v.

                                              CASE NO. 8:25-cv-02634-SDM-SPF

VENUS MOBILE MEDSPA, LLC,

    Defendant.
_____/

**ORDER**

    McKesson Specialty Care Distribution, LLC, sues (Doc. 1) Venus Mobile Medspa, LLC, for breach of contract. Although the record reveals proper service of process (Doc. 10), Venus neither answers the complaint nor otherwise appears. The clerk entered a default (Doc. 14), and McKesson moves (Doc. 15) for a default judgment. The uncontested record contains a signed "Customer Application" (Doc. 15-1 at Ex. A), an invoice showing $688,306.04 due McKesson by Venus (Doc. 15-1 at Ex. B), and demand letters to which Venus never responded. (Doc. 15-1 at Ex. C) The motion (Doc. 15) is GRANTED. The clerk must enter judgment for McKesson and against Venus in the amount of $688,306.04.

    ORDERED in Tampa, Florida, on December 12, 2025.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE